Case 3:17-cv-00896-G-BH Document 3 Filed 03/30/17 Page 1 of 1 PageID 4

United States District Court
Southern District of Texas
**ENTERED**
March 30, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BLAS HERNANDEZ, JR., (TDCJ-CID #1956368) | § § § | |
| Petitioner, | § | |
| vs. | § | CIVIL ACTION NO. H-17-0949 |
| LORIE DAVIS, | § § | |
| Respondent. | § § | |

## MEMORANDUM AND OPINION

The petitioner, Blas Hernandez, Jr., filed this action seeking habeas corpus relief under 28 U.S.C. § 2254, challenging a conviction in the 40th Judicial District Court of Ellis County, Texas.

Under 28 U.S.C. § 2241(d), the district court in which the writ of habeas corpus was filed may transfer the writ to the district where the state court which convicted and sentenced the petitioner is located. The Clerk is ordered to transfer this application for writ of habeas corpus to the Clerk of the Northern District of Texas, Dallas Division.

SIGNED on March 30, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge